**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 22-441** |
| : | |
| **NASIR HARRIS** : | |

## ORDER

This 16th day of November, 2023, it is hereby **ORDERED** that Defendant's Motion to Withdraw Plea of Guilty, ECF 29, is **DENIED.**

/s/ Gerald Austin McHugh
United States District Judge